Ronald C. Abrahall (appearing *pro se*)
141 13th Avenue
Holtsville, New York 11742
Tel: (631) 294-2012

*Plaintiff and Counterclaim Defendant*

William Brucker (WB 8562) Admitted *Pro Hac Vice* (Cal. Bar No. 152,551)
Stephen Vegh (SV 3216) Admitted *Pro Hac Vice* (Cal. Bar No. 174,713)
Stetina Brunda Garred & Brucker
75 Enterprise, Suite 250
Aliso Viejo, CA 92656
Tel: (949) 855-1246
Fax: (949) 855-6371

*Attorneys for Defendant and
Counterclaim Plaintiff Orange 21, Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

RONALD C. ABRAHALL,

      Plaintiff,

v.

ORANGE 21, INC. (NASDAQ: ORNG)
(AKA/DBA SPY OPTIC, INC. (SPY))

      Defendant.

------------------------------------------------------X

ORANGE 21, INC.,

      Counterclaim Plaintiff,

v.

RONALD C. ABRAHALL,

      Counterclaim Defendant.

------------------------------------------------------X

Civil Action No.: CV 06 2913 (NGG) (LB)

**STIPULATION OF DISMISSAL
OF ALL CLAIMS**

It is hereby agreed and stipulated that, in view of the settlement agreement reached between the parties, all claims and counterclaims pending in this proceeding shall be dismissed with prejudice and with each party to bear its own attorneys' fees and costs.

Dated: October 25, 2006

Ronald C. Abrahall
141 13th Avenue
Holtsville, New York 11742
(631) 294-2012

Plaintiff and Counterclaim Defendant
(appearing *pro se*)

Dated: October 25, 2006

STETINA BRUNDA GARRED &
BRUCKER

By: _____
William Brucker (WB 8562)
Stephen Vegh (SV 3216)
(Admitted *Pro Hac Vice*)
75 Enterprise, Suite 250
Aliso Viejo, CA 92656
Tel: (949) 855-1246
Fax: (949) 855-6371

Attorneys for Defendant
and Counterclaim Plaintiff

SO ORDERED:

Dated: Oct 30, 2006

/s/
The Honorable Nicholas G. Garaufis
United States District Judge